UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LILLIAN HUDSON,**

    **Plaintiff,**

v.                                                Case No: 6:25-cv-937-ACC-UAM

**ANABI REAL ESTATE
DEVELOPMENT, LLC,**

    **Defendant.**

_____

ORDER

This matter is before the Court on the "Stipulation for Substitution of Counsel for Defendant." (Doc. 7). However, pursuant to Local Rule 2.02(c), counsel must file a motion to withdraw. Accordingly, the Stipulation (Doc. 7) is STRICKEN. Hamilton, Miller & Birthisel, LLP remain counsel of record for Defendant.

**DONE** and **ORDERED** in Ocala, Florida on June 6, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties